**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>Any and all funds in U.S. Bank account 153757608283 in the name of Chances Behavioral Health Services, located at 2820 W. Charleston Boulevard, Las Vegas, NV 89102 | Case No. 2:18-mj-155-~~GWF~~ EJY<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 27 day of June, 2022.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE